AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the

_____ District of  NEVADA _____

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   2:14-mj-00926-PAL |
| | ) | |
| BRANDY HALE RAKES | ) | Charging District:   District of South Carolina |
| | ) | Charging District's Case No.  4:10CR00196-001 |
| *Defendant* | ) | |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | District of South Carolina (AS ORDERED) | Courtroom No.:  AS ORDERED |
|---|---|---|
| | | Date and Time:  AS ORDERED |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:     December 19, 2014

_____
*Judge's signature*

CAM FERENBACH, U.S. MAGISTRATE JUDGE
_____
*Printed name and title*



FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

DEC 1 9 2014

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____  DEPUTY